|   |   |
|---|---|
| 1 | David S. Markun (SBN 108067)<br>dmarkun@mzclaw.com |
| 2 | MARKUN ZUSMAN & COMPTON, LLP<br>17383 Sunset Boulevard, Suite A380 |
| 3 | Pacific Palisades, CA 90272<br>Telephone: (310) 454-5900 |
| 4 | Facsimile: (310) 454-5970 |
| 5 | Edward S. Zusman (SBN 154366)<br>ezusman@mzclaw.com |
| 6 | Kevin K. Eng (SBN 209036)<br>keng@mzclaw.com |
| 7 | MARKUN ZUSMAN & COMPTON, LLP<br>465 California Street, Suite 500 |
| 8 | San Francisco, CA 94104<br>Telephone: (415) 438-4515 |
| 9 | Facsimile: (415) 434-4505 |
| 10 | Amir H. Tadjedin (SBN 186967)<br>atadjedin@mzclaw.com |
| 11 | MARKUN ZUSMAN & COMPTON, LLP<br>Morgan Building, Suite 210 |
| 12 | 720 SW Washington Road<br>Portland, OR 97205 |
| 13 | Telephone: (503) 224-9294 |
| 14 | |
| 15 | Counsel Substituting in for Defendant Randy S. Fuss |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HOUSEHOLDER GROUP, LLLP,<br><br>              Plaintiff,<br><br>v.<br><br>RANDY S. FUSS,<br><br>              Defendant. | Case No. 3:07-cv-00573-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO HAVE MARKUN ZUSMAN & COMPTON LLP REPLACE THE LAW OFFICE OF RICK AUGUSTINI AS COUNSEL FOR DEFENDANT RANDY S. FUSS**<br><br>Judge: Hon. Susan Illston |

25   / / /

26   / / /

27   / / /

28

1

**STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL FOR DEFENDANT (3:07-cv-00573-SI)**

WHEREAS, Defendant Randy S. Fuss desires to replace his current counsel of record, the Law Office of Rick Augustini, with Markun Zusman & Compton LLP.

WHEREFORE, the Parties stipulate as follows:

Effective immediately, Markun Zusman & Compton LLP will be counsel of record for Mr. Fuss, and the Law Office of Rick Augustini will no longer act as counsel of record for Mr. Fuss.

Dated: June 15, 2007

_____
Randy S. Fuss

Dated: June ___, 2007   LAW OFFICE OF RICK AUGUSTINI

By: _____
Rick Augustini

Counsel for Defendant Randy S. Fuss

Dated: June 18, 2007   MARKUN ZUSMAN & COMPTON LLP

By: _____
David S. Markun

Counsel Substituting in
for Defendant Randy S. Fuss

Dated: June ___, 2007   SCHANZ ACROMITE LLP

By: _____
William Joseph Acromite

Counsel for Plaintiff The Householder Group, LLLP

1  WHEREAS, Defendant Randy S. Fuss desires to replace his current counsel of record, the
2  Law Office of Rick Augustini, with Markun Zusman & Compton LLP.
3  WHEREFORE, the Parties stipulate as follows:
4  Effective immediately, Markun Zusman & Compton LLP will be counsel of record for
5  Mr. Fuss, and the Law Office of Rick Augustini will no longer act as counsel of record for Mr.
6  Fuss.
7
8  Dated: June ___, 2007
9                                          _____
                                            Randy S. Fuss
10 Dated: June 15, 2007                     LAW OFFICE OF RICK AUGUSTINI
11
12
                                            By: _____
13                                             Rick Augustini
14                                          Counsel for Defendant Randy S. Fuss
15 Dated: June ___, 2007                    MARKUN ZUSMAN & COMPTON LLP
16
17
18                                          By: _____
                                               David S. Markun
19
                                            Counsel Substituting in
20                                          for Defendant Randy S. Fuss
21 Dated: June ___, 2007                    SCHANZ ACROMITE LLP
22
23                                          By: _____
                                               William Joseph Acromite
24
                                            Counsel for Plaintiff The Householder Group, LLLP
25
26
27
28
                                            2
STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL FOR DEFENDANT (3:07-cv-00573-SI)

1  WHEREAS, Defendant Randy S. Fuss desires to replace his current counsel of record, the
2  Law Office of Rick Augustini, with Markun Zusman & Compton LLP.
3  WHEREFORE, the Parties stipulate as follows:
4  Effective immediately, Markun Zusman & Compton LLP will be counsel of record for
5  Mr. Fuss, and the Law Office of Rick Augustini will no longer act as counsel of record for Mr.
6  Fuss.

8  Dated: June ___, 2007

                                    _____
                                    Randy S. Fuss
10 Dated: June ___, 2007             LAW OFFICE OF RICK AUGUSTINI


                                    By: _____
                                        Rick Augustini

                                    Counsel for Defendant Randy S. Fuss

15 Dated: June ___, 2007             MARKUN ZUSMAN & COMPTON LLP


                                    By: _____
                                        David S. Markun

                                    Counsel Substituting in
                                    for Defendant Randy S. Fuss

21 Dated: June 19, 2007              SCHANZ ACROMITE LLP


                                    By: _____
                                        William Joseph Acromite

                                    Counsel for Plaintiff The Householder Group, LLLP

                                            2

STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL FOR DEFENDANT (3:07-cv-00573-SI)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Hon. Susan Illston
United States District Court Judge