IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HOUSEHOLDER GROUP, | No. C 07-00573 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| RANDY S. FUSS, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 18, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 14, 2007.

DESIGNATION OF EXPERTS: 1/18/08; REBUTTAL: 1/31/08.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 29, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by March 7, 2008;

Opp. Due March 21, 2008; Reply Due March 28, 2008;

and set for hearing no later than April 11, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 13, 2008 at 3:30 PM.

JURY TRIAL DATE: **May 27, 2007** at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court has reserved December 21, 2007, at 9:00 a.m. for a motion for partial summary judgment. The motion shall be filed by November 16, 2007, the opposition shall be filed on November 30, 3007 and any reply shall be filed on December 7, 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/17/07

SUSAN ILLSTON
United States District Judge