1   David H. Carmichael, Esq. (AZ Bar No. 006274)      William J. Acromite, Esq. (SBN 129237)
    BENNETT, CARMICHAEL &                              SCHANZ ACROMITE LLP
2   KENNEDY, L.L.P.                                    31461 Rancho Viejo Rd., Suite 201
    8121 E. Indian Bend Rd., Ste 128                   San Juan Capistrano, CA 92675
3   Scottsdale, Arizona 85250                          Telephone: (949) 276-2700
    Telephone: (480) 481-7606                          Facsimile: (949) 276-2705
4   Facsimile: (480) 945-2149
                                                       Attorneys for Plaintiff
5   Attorneys for Plaintiff

6   Edward S. Zusman (SBN 154366)
    ezusman@mzclaw.com
7   Amir Tadjedin (SBN 186967)
    atadjedin@mzclaw.com
8   MARKUN ZUSMAN & COMPTON LLP
    465 California Street, Suite 500
9   Telephone: (415) 438-4505
    Facsimile: (415) 434-4515
10
    Attorneys for Defendant and Counterclaimant
11  RANDY S. FUSS

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                **SAN FRANCISCO DIVISION**

15
    THE HOUSEHOLDER GROUP LLLP, an        Case No.:  C 07-0573 SI
16  Arizona Limited Liability Limited
    Partnership,                          **STIPULATION TO MODIFY
17                                         SCHEDULING ORDER; [PROPOSED]
                    Plaintiff,            ORDER**
18
    v.
19
    RANDY S. FUSS, an individual,
20
                    Defendant.
21
    ─────────────────────────────
22  RANDY S. FUSS,

23                  Counterclaimant,

24  v.

25  THE HOUSEHOLDER GROUP LLLP, an
    Arizona Limited Liability Limited
26  Partnership,

27                  Counter-defendant.
    ─────────────────────────────
28  ///

                                1

1    Plaintiff Householder Group and Defendant Fuss, by and through counsel of record,

2    hereby stipulate to extend deadlines which were established by the Court and counsel at the

3    September 14, 2007, Case Management Conference.  In support of their stipulation, counsel

4    respectfully represent the following:

5    1.    Counsel are cooperating in an effort to economize the legal expense incurred by

6    their respective clients while providing a framework which will enhance the ability to end this

7    litigation by either settlement or the Court's determination of the controlling legal issues.

8    2.    Each of the parties has promulgated initial discovery which is more extensive than

9    that which was contemplated by counsel attending the CMC.  The essential facts which must be

10    developed, in order for the parties to properly present partial summary judgment motions, at this

11    point in time appear to be more complex than earlier anticipated.

12    3.    There is a high degree of probability that the Court's determination of those partial

13    summary motions will effectively force these parties to an early settlement.  Such a settlement

14    would avoid the litigation's far more extensive discovery and trial preparations which would

15    otherwise follow and would very substantially elevate the parties' legal expenses.  Judicial

16    economy would thereby be served.

17    4.    The responses to each party's outstanding discovery requests are essentially due at

18    this time but cannot now be timely completed by either party.  Each party has agreed to make the

19    other party a 20 day extension of the due date for pending discovery.

20    5.    To properly prepare the partial summary motions which currently must be filed on

21    or before November 16, 2007, the parties will require the deposition testimony of key witnesses.

22    The requested discovery responses are required for the effective taking of those depositions.

23    Plaintiff will require one or possibly two depositions.  Defendant will require at least three

24    depositions.  The parties have worked in good faith to establish times to begin the deposition

25    process.  Matching available openings in schedules has been a problem and will continue to be a

26    problem.  Two deposition dates were preliminarily agreed upon but those depositions must be

27    continued until the outstanding discovery is completed.

28    ///

2

6.      The current CMC deadline for filing the initial, partial summary judgment motions is November 16, 2007 with a hearing on such motions set for December 21, 2007.  It is not possible for the parties to meet that schedule as set forth above.

7.      The date currently set for NON-EXPERT DISCOVERY CUTOFF is December 14, 2007.  That date is 7 days prior to the date currently set for arguments on the partial summary judgment motions.  This is a case in which there will be as many as 10 to 15 depositions of NON-EXPERTS required.  It is not in the interest of economy of attorney's fees to have all of those depositions concluded and other discover completed prior to the Court's determination of the partial summary motions.  Those determinations in all likelihood will result in a termination of the litigation.

8.      The parties believe that a brief extension of the trial date by approximately 90 days, will best serve the above objectives.

The parties, having conferred in good faith, HEREBY STIPULATE that the scheduling order be modified as follows:

Motion for Partial Summary Judgment:        March 7, 2008, 9:00 a.m.

        Motion due:          February 1, 2008

        Opposition due:      February 15, 2008

        Reply due:           February 22, 2008

Further Case Management Conference:       April 11, 2008, 2:30 p.m.

Motions: July 11, 2008, 9:00 a.m.

        Motion due:    June 6, 2008

        Opposition due:      June 20, 2008

        Reply due:     June 27, 2007

Pretrial Conference:    August 12, 2008, 3:30 p.m.

Trial:  August ~~26,~~ 18 8:30 a.m. (Jury: 5 days)

Discovery Cutoff:       March 14, 2008

Designate Experts by: April 18, 2008

Rebuttal Experts:       May 1, 2008

3

1    <u>Expert Discovery Cutoff:</u>     May 30, 2008

2

3    Dated: October 22, 2007               BENNETT, CARMICHAEL & KENNEDY, L.L.P.

4

5                                      By: _____

                                         David H. Carmichael

6                                    Attorneys for Plaintiff

7

8    Dated: October 22, 2007               MARKUN ZUSMAN & COMPTON LLP

9

10                                        By: _____

                                         Amir Tadjedin

11                                    Attorneys for Defendant and Cross-Claimant

                                   Randy S. Fuss

12

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

4

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

    The previously set trial and pretrial deadlines are modified as follows:

Motion for Partial Summary Judgment:    March 7, 2008, 9:00 a.m.

    Motion due:    February 1, 2008

    Opposition due:    February 15, 2008

    Reply due:    February 22, 2008

Further Case Management Conference:    April 11, 2008, 2:30 p.m.

Motions: July 11, 2008, 9:00 a.m.

    Motion due:    June 6, 2008

    Opposition due:    June 20, 2008

    Reply due:    June 27, 2007

Pretrial Conference:    August 12, 2008, 3:30 p.m.

Trial:    August 2̶6̶ 18, 8:30 a.m. (Jury: 5 days)

Discovery Cutoff:    March 14, 2008

Designate Experts by: April 18, 2008

Rebuttal Experts:    May 1, 2008

Expert Discovery Cutoff:    May 30, 2008

Dated: _____

_____
Hon. Susan Illston
United States District Judge

5