# MARKUN
# ZUSMAN
# COMPTON LLP

**Attorneys at Law**
Los Angeles . San Francisco

June 17, 2008



The Honorable James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    **Re:** *The Householder Group v. Randy S. Fuss*
         **United States District Court Case No. 07 CV 00573 SI**

Dear Magistrate Judge Larson:

    The parties in the above matter hereby stipulate to continue the settlement conference from July 16, 2008 to July 21, 2008 at 10:00 am.

                Very truly yours,

                /s/ *Amir Tadjedin*

                Amir Tadjedin, Counsel for Defendant

cc:    David Carmichael, Counsel for Plaintiff