| | |
|---|---|
| David H. Carmichael, Esq. (AZ Bar No. 006274)<br>BENNETT, CARMICHAEL &<br>KENNEDY, L.L.P.<br>8121 E. Indian Bend Rd., Ste 128<br>Scottsdale, Arizona 85250<br>Telephone: (480) 481-7606<br>Facsimile: (480) 945-2149<br><br>Attorneys for Plaintiff | William J. Acromite, Esq. (SBN 129237)<br>SCHANZ ACROMITE LLP<br>31461 Rancho Viejo Rd., Suite 201<br>San Juan Capistrano, CA 92675<br>Telephone: (949) 276-2700<br>Facsimile: (949) 276-2705<br><br>Attorneys for Plaintiff |

Edward S. Zusman (SBN 154366)
ezusman@mzclaw.com
Amir Tadjedin (SBN 186967)
atadjedin@mzclaw.com
MARKUN ZUSMAN & COMPTON LLP
465 California Street, Suite 500
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Attorneys for Defendant and Counterclaimant
RANDY S. FUSS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE HOUSEHOLDER GROUP LLLP, an Arizona Limited Liability Limited Partnership,<br><br>            Plaintiff,<br><br>v.<br><br>RANDY S. FUSS, an individual,<br><br>            Defendant. | Case No.: C 07-0573 SI<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND TRIAL DATE; [PROPOSED] ORDER** |
| RANDY S. FUSS,<br><br>            Counter-Claimant,<br><br>v.<br><br>THE HOUSEHOLDER GROUP LLLP, an Arizona Limited Liability Limited Partnership,<br><br>            Counter-defendant. | |

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND TRIAL – Case No. C 07-0573 SI

1    Plaintiff and Counter-Defendant The Householder Group and Defendant and Counter-
2    Claimant, Randy S. Fuss, by and through counsel of record, hereby stipulate as follows:
3    1.    The parties have filed Motions for Summary Judgment or Partial Summary
4    Judgment. Those motions relate to the key issues concerning liability and damages in the case, the
5    resolution of which will greatly limit or will define issues for trial.
6    2.    The hearing on the Summary Judgment Motions is scheduled for July 18, 2008,
7    and the settlement conference for this matter has been scheduled for July 21, 2008.
8    3.    Since it is possible that the Court may not issue its rulings before July 21, 2008,
9    the parties believe that the settlement conference should be continued to a date after the Court has
10   ruled on the pending motions.  The Court's rulings will greatly assist the parties and the
11   Magistrate Judge who will be mediating the case.
12   4.    The parties have conducted all non-expert discovery and have cooperated in the
13   resolution of all but one discovery issue, which has not been raised before the Court.  The trial
14   date for this matter is August 26, 2008.
15   5.    The parties also agree that the settlement conference be moved to the current trial
16   dates, and the trial dates be continued to January 2009.   The resolution of the parties' Summary
17   Judgment motions will limit the issues for trial and present a viable opportunity for settlement of
18   this case, thus possibly eliminated the necessity of a trail.  The parties also anticipate that there
19   will be fewer issues left to be tried following the resolution of the Motions.
20   6.    Accordingly, the parties stipulate to modify the schedule as follows:

Settlement Conference:
Current date: June 21, 2008
Proposed date: Any date between August 26-29, 2008 depending on Magistrate availability.

Trial:
Current date: August 26, 2008
The parties are available on any dates in January 2009.

| | | |
|---|---|---|
| 1 | Dated: July 14, 2008 | BENNETT, CARMICHAEL & KENNEDY, L.L.P. |
| 2 | | |
| 3 | | By: /s/ David Carmichael<br>David H. Carmichael |
| 4 | | Attorneys for Plaintiff |
| 5 | Dated: July 14, 2008 | MARKUN ZUSMAN & COMPTON LLP |
| 6 | | |
| 7 | | By: /s/ Amir Tadjedin |
| 8 | | Amir Tadjedin |
| 9 | | Attorneys for Defendant and Cross-Claimant Randy S. Fuss |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

The previously set settlement conference and trial dates are modified as follows:

<u>Settlement Conference</u>: August 26-29, 2008.

<u>Trial</u>: January ~~2009~~ 20, 2009, 8:30 a.m. (~~Jury:~~ 5 days)

Pretrial Conference 1/6/09 @ 3:30
(pretrial filings due: 12/19/08)

Dated: _____ *[signature: Susan Illston]*
_____
Hon. Susan Illston
United States District Judge

3
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND TRIAL – Case No. C 07-0573 SI