IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HOUSEHOLDER GROUP, LLLP | No. C 07-0573 SI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION TO COMPEL ARBITRATION** |
| v. | |
| RANDY S. FUSS, | |
| Defendant. | |

On March 29, 2007, defendant filed a reply brief stating that he wishes to withdraw the pending motion to compel arbitration because defendant has confirmed that plaintiff is not a member of the National Association of Securities Dealers. In light of defendant's March 29, 2007 filing, the Court DENIES defendant's motion to compel arbitration. (Docket No. 4). The April 6, 2007 hearing is VACATED.

Defendant also requests 20 days to file a response to the complaint. Plaintiff opposes the request, arguing that defendant has had ample time to prepare a responsive pleading, and asserting that if defendant's request is granted, it will likely require modification of the April 13, 2007 deadline to meet and confer over initial disclosures, discovery, ADR, and settlement. The Court agrees with plaintiff that defendant has not demonstrated good cause for the request; indeed, defendant does not articulate any reason why he needs an additional 20 days to prepare a response. Accordingly, defendant must file and serve a response to the complaint no later than **April 9, 2007**.

**IT IS SO ORDERED.**

Dated: April 3, 2007

SUSAN ILLSTON
United States District Judge