David H. Carmichael, Esq. (AZ Bar No. 006274)
BENNETT, CARMICHAEL &
KENNEDY, L.L.P.
8121 E. Indian Bend Rd., Ste 128
Scottsdale, Arizona 85250
Telephone: (480) 481-7606
Facsimile: (480) 945-2149

Attorneys for Plaintiff

William J. Acromite, Esq. (SBN 129237)
SCHANZ ACROMITE LLP
31461 Rancho Viejo Rd., Suite 201
San Juan Capistrano, CA 92675
Telephone: (949) 276-2700
Facsimile: (949) 276-2705

Attorneys for Plaintiff

Edward S. Zusman (SBN 154366)
ezusman@mzclaw.com
Amir Tadjedin (SBN 186967)
atadjedin@mzclaw.com
MARKUN ZUSMAN & COMPTON LLP
465 California Street, Suite 500
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Attorneys for Defendant and Counterclaimant
RANDY S. FUSS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE HOUSEHOLDER GROUP LLLP, an Arizona Limited Liability Limited Partnership,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RANDY S. FUSS, an individual,<br><br>　　　　　Defendant.<br><br>———————————————————<br><br>RANDY S. FUSS,<br><br>　　　　　Counter-Claimant,<br><br>v.<br><br>THE HOUSEHOLDER GROUP LLLP, an Arizona Limited Liability Limited Partnership,<br><br>　　　　　Counter-defendant. | Case No.:  C 07-0573 SI<br><br>**STIPULATION TO ASSIGNMENT OF SUBSTITUTE MAGISTRATE FOR SETTLEMENT CONFERENCE; [PROPOSED] ORDER** |

Plaintiff and Counter-Defendant The Householder Group and Defendant and Counter-Claimant, Randy S. Fuss, by and through counsel of record, hereby stipulate as follows:

1. At the May 23, 2008 Case Management conference, the parties agreed to participate in a settlement conference before a magistrate judge. On May 28, 2008, Magistrate Judge Larson was appointed to conduct the settlement conference.

2. The original settlement conference was to be conducted the last two weeks in July 2008, but was postponed until the parties obtained rulings on their respective Motions for Summary Judgment. Those motions were decided on July 22, 2008.

3. At the oral arguments for the summary judgment motions (which were heard on July 18, 2008), the Court ordered the parties to conduct the settlement conference on or before the next case management conference which is to occur on October 10, 2008.

4. The parties have met and conferred and are available for a settlement conference on any date between September 24, 2008 and October 9, 2008. Counsel for Fuss has contacted Judge Magistrate Larson and has been informed that Judge Larson is unavailable during those weeks.

5. Accordingly, the parties stipulate to the substitution of a new magistrate judge for the settlement conference. The appointment of a new magistrate judge will permit the parties to conduct a settlement conference before the October 10, 2008 case management conference in compliance with the Court's order.

Dated: August 11, 2008                    BENNETT, CARMICHAEL & KENNEDY, L.L.P.

                                          By: */s/ David Carmichael*
                                              David H. Carmichael

                Attorneys for Plaintiff

Dated: August 11, 2008                    MARKUN ZUSMAN & COMPTON LLP

                                          By: */s/ Amir Tadjedin*
                                              Amir Tadjedin

                Attorneys for Defendant and Cross-Claimant Randy S. Fuss

2

STIPULATION TO ASSIGNMENT OF SUBSTITUTE MAGISTRATE – Case No. C 07-0573 SI

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

The previously scheduled settlement conference and assigned magistrate are modified as follows:

<u>Settlement Conference</u>:   September/ October,   2008.

<u>Assignment of Magistrate</u>:

Dated: _____   _____
Hon. Susan Illston
United States District Judge

3
STIPULATION TO ASSIGNMENT OF SUBSTITUTE MAGISTRATE – Case No. C 07-0573 SI