**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HOUSEHOLDER GROUP LLLP, | No. C 07-573 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |
| v. | |
| RANDY S. FUSS, | |
| Defendant. | |

Plaintiff has filed a motion for leave to file a motion for reconsideration of the Court's July 22, 2008 order. Contrary to plaintiff's assertions, the Court did not fail to consider material facts and dispositive legal arguments with regard to plaintiff's trade secrets claim. With respect to the liquidated damages clause, the Court granted defendant's motion for summary judgment because the liquidated damages do not bear any relationship to the breach; the Court's ruling did not turn on the evidence cited by plaintiff in the motion for leave to file a motion for reconsideration. Accordingly, the Court DENIES plaintiff's motion. (Docket No. 83).

**IT IS SO ORDERED.**

Dated: September 22, 2008

SUSAN ILLSTON
United States District Judge